**Dismiss and Opinion Filed July 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00914-CV

**LOW-T CENTERS, INC., Appellant**

**V.**

**JEFF VOELKEL, CHRIS WILKINSON, LESLIE ALLEN,
JIMMIE THURMOND, LTBR ENTERPRISES, LP,
LTTO ENTERPRISES, LP, LT-VP INVESTMENTS, LLC,
LTKW ENTERPRISES, LP, WILKINSON GROUP, LLC,
CABANA BREEZES, LLC, B3HS, LLC, AND
POKER MANAGEMENT, LLC, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-03095**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal. We grant

the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

200914f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LOW-T CENTERS, INC., Appellant

No. 05-20-00914-CV      V.

JEFF VOELKEL, CHRIS
WILKINSON, LESLIE ALLEN,
JIMMIE THURMOND, LTBR
ENTERPRISES, LP,
LTTO ENTERPRISES, LP, LT-VP
INVESTMENTS, LLC,
LTKW ENTERPRISES, LP,
WILKINSON GROUP, LLC,
CABANA BREEZES, LLC, B3HS,
LLC, AND POKER
MANAGEMENT, LLC,
Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-03095.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 21st day of July, 2021.